# Third District Court of Appeal

## State of Florida

Opinion filed April 10, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1692
Lower Tribunal No. 21-6
_____

**James Goldsmith and Monica Goldsmith**,
Appellants,

vs.

**Pedro J. Garcia, etc., et al.**,
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Pedro P. Echarte, Jr., Judge.

Mark A. Goldstein, for appellants.

Geraldine Bonzon-Keenan, Miami-Dade County Attorney, and Ryan Carlin, Assistant County Attorney, for appellee Pedro J. Garcia, as Property Appraiser of Miami-Dade County.

Before EMAS, FERNANDEZ and LOBREE, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Jones v. Flowers</u>, 547 U.S. 220, 226 (2006) ("Due

process does not require that a property owner receive actual notice before the government may take his property."); <u>Miles v. Parrish</u>, 199 So. 3d 1046, 1049 (Fla. 4th DCA 2016) ("There is no requirement that the property appraiser give the property owner actual notice of the tax lien . . . .") (quoting <u>Genesis Ministries, Inc. v. Brown</u>, 186 So. 3d 1074, 1079 (Fla. 1st DCA 2016)).